FILED

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS 2022 SEP 27  PM 2: 01

CLERK
U.S. BANKRUPTCY COURT
BY_____
DEPUTY

In re Genevieve Nan Ballinger, Debtor

Genevieve Nan Ballinger
    Plaintiff

v.

MOHELA,
~~████████████████████~~
    Defendant

Case No. 22-10608-hcm

Chapter 7

COMPLAINT

**22-1064 M**

## COMPLAINT TO DETERMINE
## DISCHARGEABILITY OF STUDENT LOANS
## DUE TO UNDUE HARDSHIP

1. Jurisdiction of this matter is conferred on the court by 28 U.S.C. § 1334. This action is brought pursuant to 11 U.S.C. § 523(a)(8).

2. The plaintiff is the "Debtor" in the above-entitled case under chapter 7 of the Bankruptcy Code filed by voluntary petition in this court on September 21, 2022.

3. This is an Adversary Proceeding by which the Debtor seeks a declaration that repayment of her student loans, held by the above-captioned defendant (~~████████████~~), would be an undue hardship under Bankruptcy Code section 523(a)(8) and, therefore, should not be excepted from discharge under section 523 of the Bankruptcy Code.

## BACKGROUND

4. The Debtor has a very uniquely difficult life story that will help explain her current and ongoing financial situation. Her story begins at her birth. The Debtor was born into an oppressive and abusive religious cult, led by a Korean leader named Sun Myung Moon, called The Unification Church ("the Cult"). The Cult was known for its desire to unify the nations, its requirement of its followers to give up

Ballinger v. MOHELA

Complaint to Determine Dischargeability of Student Loans Due to Undue Hardship

every material possession they owned to become traveling missionaries, its abusive sexual rites, and even human trafficking of young teen girls to be mail-order brides.

5. Both of the Debtor's parents had joined the Cult as young adults and had been matched by the Cult to be married. They met the day they were matched to be married. Because there wasn't pre-existing love between her two parents, and because of the extreme stresses brought on the family by the requirements of the Cult, the Debtor was born into a very stressful, chaotic, and abusive environment. Very quickly, her parents gave birth to four children, of which the Debtor was the eldest, and the intensity of the chaos grew.

6. In this already very stressful environment, there were a few events that caused significant trauma to the Debtor. When the Debtor was about five years old, she experienced physical violence and sexual abuse. When her youngest sibling was diagnosed with autism and the Debtor's mother lost her own mother to cancer, the Debtor's mother left the house in the middle of the night and checked herself into an inpatient ward, seeking mental health support and assistance to leave the Cult. That was the last time the Debtor lived with her mother as a child.

7. The Debtor was a traumatized little girl, terrified of people, couldn't even make eye contact, and did not have any friends. In school, when she had to speak in front of the class, she would have debilitating anxiety attacks in front of everyone. The only thing she was good at was getting good grades in school. She had a smart mind. So that's what she focused on in her life.

8. And so the Debtor graduated high school and went to Clark University from 2004 to 2008 for her undergraduate education, getting a Psychology degree with High Honors. She was good at reading, studying, and taking tests. But she still had debilitating anxiety attacks when speaking in front of people. And because of her limited social skills, she found herself experiencing continued traumas, even including an incident where she was drugged and sexually assaulted.

9. During this time, she had already started accruing debt. The Debtor took out a personal loan in her own name to support her father financially when she was only 18 years old and was a student in college. She started using credit cards, including taking a cash advance on her first credit card in order to make the $500 deposit on her first car. Because her parents were unable to support her financially, she started living on student loans and credit cards.

10. The Debtor found that her anxiety attacks transferred over to job interviews as well. The easiest jobs to get, with the lowest barrier to entry that was above minimum wage, were retail positions and waitressing jobs at low-volume chain restaurants. And even those positions continued to exasperate her already high social anxieties. When she finally did find her first real job out of college almost a year after graduating, it was a low-paying position. And in this position, she found that her anxiety attacks transferred over to workplace meetings as well.

11. The Debtor worked at this non-profit low-paying job for about a year and a half. In this time, her anxiety continued to increase until she had a complete emotional breakdown in the office. She was confronted by a supervisor on things she needed to improve in the workplace and her anxiety attack became so extreme, that she ran out in the middle of the meeting and ended up curled up in a ball on the bathroom floor sobbing and hyperventilating for over an hour. The Debtor didn't know how to manage normal stresses in the workplace.

12. The Debtor then decided to return to academia, since being in school was the only thing that had ever felt good to her. Because of her own personal traumas, she felt passionate about helping others with extreme traumas, and so she decided to go to law school and study international human rights. Because of her smart mind and her ability to take tests well, she was able to score high on the LSAT and be accepted to Cornell Law School for 2010 to 2013.

13. In law school, she started to feel challenged more by academia than she had in the past. When before she could just quietly read, study, and take tests, here she was being called upon spontaneously and asked to speak in front of very large classes. Her anxiety attacks continued and her nervous system was in a constant state of fight or flight. She found a therapist close to the school and started to gain some understanding of the anxiety she was experiencing. But working with the therapist brought up repressed memories, and the Debtor's mental state continued to get worse, cycling back and forth between heavy depression and debilitating anxiety.

14. The one thing the Debtor felt passionate about was advocating for people who had experienced severe traumas, like survivors of genocide, human trafficking, and child soldiers. The Debtor now realizes that her passion was sourced from her desire deep down to advocate for her own traumas. But she followed this passion out to summers abroad in Africa, volunteering for the United Nations and

NGOs. But in her final trip abroad, she experienced multiple traumas, including being ambushed by a group of men and being sexually assaulted, that caused her to return to the United States, without any desire of returning to work abroad.

15. By the time the Debtor's final semester of law school came around, she was at the end of her capacity. She had been retraumatized again, she was deep in a depressive cycle, and doing the coursework for her classes caused her extreme anxiety. The school had an option for the final semester to be taken as an externship volunteer program instead of continued coursework. So the Debtor moved back to Connecticut to live with her mother for the first time since her mother had left the family when the Debtor was only 10 years old. And she found a volunteer program at a nonprofit law center.

16. Unfortunately, things for the Debtor continued to get worse. Even though the volunteer program almost always retained their volunteers as new employees and there was a new employee opening, she was not hired. She still had severe anxiety and continued to try and only take on the tasks that felt low pressure, which caused the employer to determine that she wasn't a good fit. And simultaneously, living with her mother brought up old childhood trauma wounds that were creating increased anxiety and paralyzing stress to her mental state. Until finally in the summer, the Debtor and her mother had an emotional altercation, and she was kicked out with nowhere to live. From that point on, she started to live with friends, including living on a couch in a basement, without a home, without a job, and without a car.

17. The Debtor then spent the next year applying to over a hundred legal and non-legal positions around the country. She became desperate for employment. She even tried opening her own solo law firm under the name Law Office of Genevieve Nan Ballinger to take on cases similar to those she worked on in her volunteer position. But she was not successful in acquiring cases. In the meantime, she met her ex-partner, who supported her through this transition. One year later, in the summer of 2014, by recommendation of a friend, she was hired to her one and only full-time position of moderate income, working a position in state government.

18. From 2014 to 2017, the Debtor worked in this full-time government position, while living in her ex-partner's home and receiving support from her emotional support dog. During this time, she was able to accumulate a modest amount of savings, about $10,000. She made payments on her student loans and certified her public

service time for the public service loan forgiveness program. But the Debtor continued to struggle internally. She had anxiety attacks and emotional breakdowns regularly. Her anxiety was so paralyzing that she would arrive to her job an hour and a half late almost every day. Her fear of confrontation caused her to hide from certain people in her workplace. And because of her traumas, she had extreme anxiety whenever she had to meet one on one with any of the men that she worked with. Slowly but steadily, her mental state continued to be chipped away, while her and her ex-partner had increasingly intense emotional altercations, until finally, she reached the end of her capacity. The Debtor and her ex-partner broke up and she left her job.

19. For the next two years, the Debtor moved to another state for her new partner at the time and really tried to find work that could accommodate her unique needs. She took her savings and invested it in her own business, Moon Alchemy LLC, making wine and selling products. She believed that maybe if she was working independently, without the need to follow someone else's schedule and deadlines, that she would be able to feel less pressure and stress. She didn't realize that working for herself created even greater stress in other areas that were much too difficult for her to handle.

20. From 2017 to 2019, the Debtor reached the lowest mental state of her life so far. She was unsuccessful in receiving enough income from her business to be in positive cash flow, had spent all of her savings, and was in significant debt. Her anxiety was at the highest levels it had ever been. She received an eviction notice for the room she was renting. She ran out of money for food for weeks at a time. And her partner at the time was a military veteran who had seen a significant amount of direct combat and was still struggling with severe mental health issues, causing him to retraumatize the Debtor with multiple forms of abuse during their time together.

21. The Debtor reached an extreme breaking point and moved back in with her mother at the end of 2019. Her friends owned a yoga studio and agreed to hire her part time for simple office tasks. The Debtor struggled there for a month, battling anxiety attacks at the confrontations with clients arguing over monthly contracts, before COVID-19 hit and the yoga studio closed. In that year, the Debtor's anxiety continued to increase with the state of the world at the time. And she started seeing a therapist again to try and work on her debilitating anxiety and depression. Living with family again and seeing a therapist caused the Debtor to uncover more suppressed memories of childhood abuse, which then

caused her family to reject her for causing emotional disruption with things they did not want to talk about or address.

22. Finally, in 2020, the Debtor moved out from living with family, took her car that was then in the repossession process, and began living the life of a nomad in a borrowed tent with friends she met on the road. She lived out in nature, in the peaceful wilderness, with friends that desired a similar lifestyle to her. She began living very minimally, just needing a working phone, a working vehicle, simple camping supplies, and good produce to eat.

23. The Debtor was able to receive unemployment for about a year, thanks to the COVID-19 unemployment assistance, and received the government stimulus checks. With these very limited funds, she was able to pay off her car loan and purchase an old van to live in. And she found friends to help her stock the van with necessary camping equipment. With this new lifestyle of living out in nature, without going into a workplace and being disconnected from the internet and outside world often, she was able to start finding peace in her days.

24. In the end of 2021, the Debtor's van broke down. And because she couldn't afford to fix it and continue to drive it, she had to sell it. She used the funds from the sale to stay in short-term rentals, until she quickly ran out of money yet again.

25. The Debtor was then introduced by her friends to intentional community living. Communities where the Debtor could live for free, with support from other community members for food and other necessities. These communities understand the Debtor's limited capacities and hold high standards for compassionate relating. The Debtor plans to continue to live with friends in such communities, as well as out in nature, living a very minimal lifestyle that brings her mental state peace for the first time in a long time.

## POVERTY

26. The Debtor currently is unemployed and does not receive any income. She has been unemployed for a couple of years now and is no longer receiving unemployment income. She has found friends and community who support her by giving her places to stay, food to eat, and a cellphone to use. In total, the Debtor estimates that her minimal expenses are at most $440 per month, paid for by her friends and community.

Ballinger v. MOHELA ~~[redacted]~~
Complaint to Determine Dischargeability of Student Loans Due to Undue Hardship

27. The Debtor lives an extremely minimal lifestyle and is content with this standard of living. This lifestyle is the first time she has been able to experience the peace that it brings to her mental state. And a minimum standard of living must include the state of mind and emotional state that it brings the Debtor. Since she is already living an extremely conservative standard of living, if the Debtor had to repay any amount of the student loans, it would make her unable to establish or maintain a true minimum standard of living.

## PERSISTENCE

28. The Debtor's income continues to decrease on average. In 2018, her AGI was $24,615. Living well under the poverty level, the Debtor's AGI in 2019 was $7,522 and her AGI in 2020 was $7,041. The Debtor was able to receive unemployment for about a year from the end of 2020 to the middle of 2021, thanks to the COVID-19 unemployment assistance, and received the government stimulus checks. Her AGI in 2021 went up to $21,302, because of the unemployment income and an unexpected final retirement plan payout. But her AGI in 2022 and in future years is expected to be even lower than the $7,000 average prior, because she is no longer eligible for unemployment income, she does not have any remaining retirement assets, and she does not receive any other forms of income.

29. The Debtor plans to continue living in communities and out in nature in order to maintain the peace of mind that she has now achieved. She does not foresee any change in her emotional capacity or her circumstances to increase her income at any point in the foreseeable future. Therefore, the Debtor will continue to not be able to repay the student loans debt while maintaining any minimum standard of living.

## GOOD FAITH

30. The Debtor has made a good faith effort to repay the loan. After graduation, she consistently applied for and recertified the income based repayment program for her loans, she made payments on the loans for several years, and she even certified her three and a half years of public service for the public service loan forgiveness program back in 2017.

31. The Debtor originally planned on working in public service for ten years to receive the full public service loan forgiveness payoff. Without the capacity to

Ballinger v. MOHELA 
Complaint to Determine Dischargeability of Student Loans Due to Undue Hardship

obtain or maintain full time employment with a non-profit or other public service organization, she is no longer able to receive the benefits of that program. Now, nine years after graduating and after continuing to make a good faith effort to repay the loan, she is finally realizing that she will not be able to repay the student loans like she originally planned.

### PRAYER

32. The Debtor requests that this Court determine in accordance with Bankruptcy Code section 523(a)(8) that the payment of the Debtor's student loans would impose an undue hardship on her, and therefore determine that the Debtor's loans are discharged in her bankruptcy proceeding.

September 27, 2022

Respectfully Submitted,

/s/ Genevieve Nan Ballinger
Debtor Plaintiff

7412 Albert Rd
Austin, TX 78745
(860) 952-9583

Mailing Address:
2028 E. Ben White, #240-9414
Austin, TX 78741

GenevieveNanB @ gmail.com

**SHERRY L. OSADCHEY, MA, LMFT, SEP**
**780 Farmington Avenue**
**Farmington, CT  06032**
**(860)677-5300**

26 September 22

To Whom It May Concern:

Genevieve Ballinger was a patient in my practice from 9/23/20 to 11/10/20. She was seeking treatment to address anxiety and her complex trauma history.

Sincerely,

*Sherry L Osadchey*

Sherry L. Osadchey, MA, LMFT, SEP
CT License #565
NPI #1821132200



Jane Margaret Hunt, LCSW-R, IAAP
Jungian Analyst & Psychotherapist
973 E. State/MLK Jr. Street
Ithaca, NY 14850 · (607) 227-5129
*www.janemargarethunt.com*  *jhuntcaza@gmail.com*

9/26/22

To Whom It May Concern:

I am writing to confirm that Genevieve Ballinger attended 36 psychotherapy sessions with me between 9/13/11 and 12/11/12, while she was attending Cornell Law School. The primary focus was on anxiety and family trauma.

Feel free to reach out to me with any further questions.

Respectfully,

Jane Margaret Hunt, LCSW-R, IAAP
Psychotherapist & Jungian Analyst
973 E. State/MLK Jr. Street
Ithaca, NY 14850

EIN: 20-5641906
NPI: 1861581480

Form **1040**
Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return**  **2021**  OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space.

**Filing Status**
Check only one box.
☒ Single ☐ Married filing jointly ☐ Married filing separately (MFS) ☐ Head of household (HOH) ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| GENEVIEVE | BALLINGER | ▬▬▬▬▬ |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions. **PO BOX 30 A1382**   Apt. no.

City, town, or post office. If you have a foreign address, also complete spaces below. **QUARTZSITE**   State **AZ**   ZIP code **85346**

Foreign country name   Foreign province/state/county   Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
☐ You ☐ Spouse

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency? ☐ Yes ☒ No

**Standard Deduction**
Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1957 ☐ Are blind   Spouse: ☐ Was born before January 2, 1957 ☐ Is blind

**Dependents** (see instructions):

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) ✔ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

Attach Sch. B if required.

| | | | |
|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | **1** | |
| 2a | Tax-exempt interest . . . **2a** | b Taxable interest . . . **2b** | |
| 3a | Qualified dividends . . . **3a** | b Ordinary dividends . . . **3b** | |
| 4a | IRA distributions . . . **4a** | b Taxable amount . . . **4b** | |
| 5a | Pensions and annuities . . . **5a** | b Taxable amount . . . **5b** | 5462 |
| 6a | Social security benefits . . . **6a** | b Taxable amount . . . **6b** | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . ▶ ☐ | **7** | |
| 8 | Other income from Schedule 1, line 10 . . . . . . . . . . . . . . | **8** | 15840 |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | **9** | 21302 |
| 10 | Adjustments to income from Schedule 1, line 26 . . . . . . . . . . | **10** | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** ▶ | **11** | 21302 |
| 12a | **Standard deduction or itemized deductions** (from Schedule A) **12a** 12550 | | |
| b | Charitable contributions if you take the standard deduction (see instructions) **12b** 300 | | |
| c | Add lines 12a and 12b . . . . . . . . . . . . . . . . . . | **12c** | 12850 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A . . . | **13** | |
| 14 | Add lines 12c and 13 . . . . . . . . . . . . . . . . . . | **14** | 12850 |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- . . . | **15** | 8452 |

**Standard Deduction for—**
• Single or Married filing separately, $12,550
• Married filing jointly or Qualifying widow(er), $25,100
• Head of household, $18,800
• If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2021)

QNA

| | 16 | **Tax** (see instructions). Check if any from Form(s): 1 ☐ 8814   2 ☐ 4972   3 ☐ _____ | . . | **16** | 848 |
|---|---|---|---|---|---|
| | 17 | Amount from Schedule 2, line 3 . . . . . . . . . . . . . . . . . | | **17** | |
| | 18 | Add lines 16 and 17 . . . . . . . . . . . . . . . . . . . . | . . | **18** | 848 |
| | 19 | Nonrefundable child tax credit or credit for other dependents from Schedule 8812 | | **19** | |
| | 20 | Amount from Schedule 3, line 8 . . . . . . . . . . . . . . . | | **20** | |
| | 21 | Add lines 19 and 20 . . . . . . . . . . . . . . . . . . . | | **21** | |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- . . . . . . . . | | **22** | 848 |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 . . . | | **23** | 0 |
| | 24 | Add lines 22 and 23. This is your **total tax** . . . . . . . . . . ▶ | | **24** | 848 |
| | 25 | Federal income tax withheld from: | | | |
| | a | Form(s) W-2 . . . . . . . . . . . . . . | **25a** | | |
| | b | Form(s) 1099 . . . . . . . . . . . . . . | **25b** | 1092 | |
| | c | Other forms (see instructions) . . . . . . . | **25c** | | |
| | d | Add lines 25a through 25c . . . . . . . . . . . . . . . . . | | **25d** | 1092 |
| | 26 | 2021 estimated tax payments and amount applied from 2020 return . . . | | **26** | |
| *If you have a qualifying child, attach Sch. EIC.* | 27a | Earned income credit (EIC) . . . . . . . . . | **27a** | NO | |
| | | Check here if you were born after January 1, 1998, and before January 2, 2004, and you satisfy all the other requirements for taxpayers who are at least age 18, to claim the EIC. See instructions ▶ ☐ | | | |
| | b | Nontaxable combat pay election . . . . | **27b** | | |
| | c | Prior year (2019) earned income . . . . | **27c** | | |
| | 28 | Refundable child tax credit or additional child tax credit from Schedule 8812 | **28** | | |
| | 29 | American opportunity credit from Form 8863, line 8 . . . . | **29** | | |
| | 30 | Recovery rebate credit. See instructions . . . . | **30** | | |
| | 31 | Amount from Schedule 3, line 15 . . . . | **31** | | |
| | 32 | Add lines 27a and 28 through 31. These are your **total other payments and refundable credits** ▶ | | **32** | |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** . . . . . ▶ | | **33** | 1092 |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | **34** | 244 |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here . ▶ ☐ | | **35a** | 244 |
| *Direct deposit?* *See instructions.* | ▶ b | Routing number ▓▓▓▓▓▓▓▓▓▓  ▶ c Type: ☒ Checking  ☐ Savings | | | |
| | ▶ d | Account number ▓▓▓▓▓▓▓▓▓▓ | | | |
| | 36 | Amount of line 34 you want **applied to your 2022 estimated tax** . ▶ | **36** | | |
| **Amount You Owe** | 37 | **Amount you owe.** Subtract line 33 from line 24. For details on how to pay, see instructions ▶ | | **37** | |
| | 38 | Estimated tax penalty (see instructions) . . . . | **38** | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions . . . . . . . . . . . . . . . . . . . . . ▶ ☐ **Yes.** Complete below.   ☐ **No**

| Designee's name ▶ | | Phone no. ▶ | | Personal identification number (PIN) ▶ | |
|---|---|---|---|---|---|

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶ |
|---|---|---|---|
| *Joint return?* *See instructions.* *Keep a copy for your records.* ▶ Spouse's signature. If a joint return, **both** must sign. | Date | UNEMPLOYED Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶ |
| Phone no. (860) 952-9583 | Email address GENEVIEVENANB@GMAIL.COM | | |

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: ☐ Self-employed |
|---|---|---|---|---|
| Firm's name ▶ | | | Phone no. | |
| Firm's address ▶ | | | Firm's EIN ▶ | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.

Form **1040** (2021)

QNA

Form **1040**
Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2020** OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space.

**Filing Status** [X] Single [ ] Married filing jointly [ ] Married filing separately (MFS) [ ] Head of household (HOH) [ ] Qualifying widow(er) (QW)
Check only one box.  If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Genevieve N | Ballinger | ██████6383 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|

Home address (number and street). If you have a P.O. box, see instructions.  Apt. no.
675 Nevers Rd

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
[ ] You [ ] Spouse

City, town, or post office. If you have a foreign address, also complete spaces below.  State  ZIP code
South Windsor  CT  060741402

Foreign country name  Foreign province/state/county  Foreign postal code

At any time during 2020, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency? [ ] Yes [X] No

**Standard Deduction** Someone can claim: [ ] You as a dependent [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: [ ] Were born before January 2, 1956 [ ] Are blind  Spouse: [ ] Was born before January 2, 1956 [ ] Is blind

**Dependents** (see instructions):

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) ✔ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |

If more than four dependents, see instructions and check here ▶

**Attach Sch. B if required.**

| | | | |
|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 1 | 3,013. |
| 2a | Tax-exempt interest . . . 2a | b Taxable interest . . . . . 2b | |
| 3a | Qualified dividends . . . 3a | b Ordinary dividends . . . . 3b | |
| 4a | IRA distributions . . . . 4a | b Taxable amount . . . . . 4b | |
| 5a | Pensions and annuities . . 5a | b Taxable amount . . . . . 5b | |
| 6a | Social security benefits . . 6a | b Taxable amount . . . . . 6b | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . ▶ [ ] | 7 | |
| 8 | Other income from Schedule 1, line 9 . . . . . . . . . . . . . . . | 8 | 4,028. |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** . . . ▶ | 9 | 7,041. |
| 10 | Adjustments to income: | | |
| a | From Schedule 1, line 22 . . . . . . . . . . . 10a | | |
| b | Charitable contributions if you take the standard deduction. See instructions 10b | | |
| c | Add lines 10a and 10b. These are your **total adjustments to income** . . . ▶ | 10c | |
| 11 | Subtract line 10c from line 9. This is your **adjusted gross income** . . . . ▶ | 11 | 7,041. |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | 12 | 12,400. |
| 13 | Qualified business income deduction. Attach Form 8995 or Form 8995-A . . . | 13 | 0. |
| 14 | Add lines 12 and 13 . . . . . . . . . . . . . . . . . . | 14 | 12,400. |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- . . . | 15 | 0. |

**Standard Deduction for—**
• Single or Married filing separately, $12,400
• Married filing jointly or Qualifying widow(er), $24,800
• Head of household, $18,650
• If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  Form **1040** (2020)

Form 1040 (2020)                                                                                                          Page **2**

| | | | |
|---|---|---|---|
| 16 | **Tax** (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | 16 | 0. |
| 17 | Amount from Schedule 2, line 3 | 17 | |
| 18 | Add lines 16 and 17 | 18 | 0. |
| 19 | Child tax credit or credit for other dependents | 19 | |
| 20 | Amount from Schedule 3, line 7 | 20 | |
| 21 | Add lines 19 and 20 | 21 | |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 0. |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 10 | 23 | 0. |
| 24 | Add lines 22 and 23. This is your **total tax** ▶ | 24 | 0. |
| 25 | Federal income tax withheld from: | | |

| | | | | |
|---|---|---|---|---|
| a | Form(s) W-2 | 25a | 101. | |
| b | Form(s) 1099 | 25b | 0. | |
| c | Other forms (see instructions) | 25c | | |
| d | Add lines 25a through 25c | | 25d | 101. |

- If you have a qualifying child, attach Sch. EIC.
- If you have nontaxable combat pay, see instructions.

| | | | |
|---|---|---|---|
| 26 | 2020 estimated tax payments and amount applied from 2019 return | 26 | |
| 27 | Earned income credit (EIC) | 27 | 231. |
| 28 | Additional child tax credit. Attach Schedule 8812 | 28 | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | |
| 30 | Recovery rebate credit. See instructions | 30 | |
| 31 | Amount from Schedule 3, line 13 | 31 | |
| 32 | Add lines 27 through 31. These are your **total other payments and refundable credits** ▶ | 32 | 231. |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** ▶ | 33 | 332. |

| | | | |
|---|---|---|---|
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 332. |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 35a | 332. |

Direct deposit?
See instructions.
- b Routing number ▓▓▓▓▓▓▓▓▓  ▶ c Type: ☒ Checking  ☐ Savings
- d Account number ▓▓▓▓▓▓▓▓▓▓▓▓▓

| | | |
|---|---|---|
| | 36 | Amount of line 34 you want **applied to your 2021 estimated tax** ▶ | 36 | |

| | | | |
|---|---|---|---|
| **Amount You Owe**<br>For details on how to pay, see instructions. | 37 | Subtract line 33 from line 24. This is the **amount you owe now** ▶ | 37 | |
| | | **Note:** Schedule H and Schedule SE filers, line 37 may not represent all of the taxes you owe for 2020. See Schedule 3, line 12e, and its instructions for details. | | |
| | 38 | Estimated tax penalty (see instructions) ▶ | 38 | |

| | | |
|---|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions | ▶ ☐ **Yes.** Complete below.  ☒ No |

Designee's name ▶ _____   Phone no. ▶ _____   Personal identification number (PIN) ▶ ☐☐☐☐☐☐

**Sign Here**

Joint return?
See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶ ☐☐☐☐☐☐ |
|---|---|---|---|
| ▶ | | Currently Unemployed | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶ ☐☐☐☐☐☐ |

Phone no. _____   Email address _____

| | | | | | |
|---|---|---|---|---|---|
| **Paid Preparer Use Only** | Preparer's name | Preparer's signature | Date | PTIN | Check if: ☐ Self-employed |
| | Firm's name ▶ Self-Prepared | | | Phone no. | |
| | Firm's address ▶ | | | Firm's EIN ▶ | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.   **BAA**   REV 04/09/21 Intuit.cg.cfp.sp   Form **1040** (2020)

Form **1040**
Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2019** OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

**Filing Status**
Check only one box.
[X] Single  [ ] Married filing jointly  [ ] Married filing separately (MFS)  [ ] Head of household (HOH)  [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Genevieve N | Ballinger | ⬛⬛⬛6383 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
675 Nevers Rd |

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
South Windsor CT 06074-1402

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  [ ] You  [ ] Spouse

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

If more than four dependents, see instructions and ✓ here ▶ [ ]

**Standard Deduction**
Someone can claim:  [ ] You as a dependent  [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You:  [ ] Were born before January 2, 1955  [ ] Are blind  Spouse:  [ ] Was born before January 2, 1955  [ ] Is blind

**Dependents** (see instructions):

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |

| | | | | |
|---|---|---|---|---|
| **1** | Wages, salaries, tips, etc. Attach Form(s) W-2 | | **1** | 9,395. |
| **2a** | Tax-exempt interest . . . . | **2a** | | |
| | **b** Taxable interest. Attach Sch. B if required | | **2b** | |
| **3a** | Qualified dividends . . . . | **3a** | | |
| | **b** Ordinary dividends. Attach Sch. B if required | | **3b** | |
| **4a** | IRA distributions . . . . | **4a** | | |
| | **b** Taxable amount . . . . . . | | **4b** | |
| **c** | Pensions and annuities . . . | **4c** | | |
| | **d** Taxable amount . . . . . . | | **4d** | |
| **5a** | Social security benefits . . . | **5a** | | |
| | **b** Taxable amount . . . . . . | | **5b** | |
| **6** | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . . ▶ [ ] | | **6** | |
| **7a** | Other income from Schedule 1, line 9 . . . . . . . . . . . . . . | | **7a** | -1,388. |
| **b** | Add lines 1, 2b, 3b, 4b, 5b, 6, and 7a. This is your **total income** . . . . . ▶ | | **7b** | 8,007. |
| **8a** | Adjustments to income from Schedule 1, line 22 . . . . . . . . . . | | **8a** | 485. |
| **b** | Subtract line 8a from line 7b. This is your **adjusted gross income** . . . . . ▶ | | **8b** | 7,522. |
| **9** | **Standard deduction or itemized deductions** (from Schedule A) | **9** | 12,200. | |
| **10** | Qualified business income deduction. Attach Form 8995 or Form 8995-A | **10** | 0. | |
| **11a** | Add lines 9 and 10 . . . . . . . . . . . . . . . . . . | | **11a** | 12,200. |
| **b** | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- . . . | | **11b** | 0. |

**Standard Deduction for—**
• Single or Married filing separately, $12,200
• Married filing jointly or Qualifying widow(er), $24,400
• Head of household, $18,350
• If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

Form **1040** (2019)

Form 1040 (2019)                                                                                                  Page **2**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12a | **Tax** (see inst.) Check if any from Form(s): **1** ☐ 8814  **2** ☐ 4972  **3** ☐ | | 12a | 0. | | |
| b | Add Schedule 2, line 3, and line 12a and enter the total | | | ▶ | 12b | 0. |
| 13a | Child tax credit or credit for other dependents | | 13a | | | |
| b | Add Schedule 3, line 7, and line 13a and enter the total | | | ▶ | 13b | |
| 14 | Subtract line 13b from line 12b. If zero or less, enter -0- | | | | 14 | 0. |
| 15 | Other taxes, including self-employment tax, from Schedule 2, line 10 | | | | 15 | 574. |
| 16 | Add lines 14 and 15. This is your **total tax** | | | ▶ | 16 | 574. |
| 17 | Federal income tax withheld from Forms W-2 and 1099 | | | | 17 | 739. |
| 18 | Other payments and refundable credits: | | | | | |
| a | Earned income credit (EIC) | | 18a | 206. | | |
| b | Additional child tax credit. Attach Schedule 8812 | | 18b | | | |
| c | American opportunity credit from Form 8863, line 8 | | 18c | | | |
| d | Schedule 3, line 14 | | 18d | | | |
| e | Add lines 18a through 18d. These are your **total other payments and refundable credits** | | | ▶ | 18e | 206. |
| 19 | Add lines 17 and 18e. These are your **total payments** | | | ▶ | 19 | 945. |

- If you have a qualifying child, attach Sch. EIC.
- If you have nontaxable combat pay, see instructions.

| | | | | |
|---|---|---|---|---|
| **Refund** | 20 | If line 19 is more than line 16, subtract line 16 from line 19. This is the amount you **overpaid** | 20 | 371. |
| Direct deposit? See instructions. | 21a | Amount of line 20 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 21a | 371. |
| | ▶ b | Routing number ▓▓▓▓▓▓▓▓▓▓▓ ▶ c Type: ☒ Checking  ☐ Savings | | |
| | ▶ d | Account number ▓▓▓▓▓▓▓▓▓▓▓ | | |
| | 22 | Amount of line 20 you want applied to your 2020 estimated tax ▶ | 22 | |
| **Amount You Owe** | 23 | **Amount you owe.** Subtract line 19 from line 16. For details on how to pay, see instructions ▶ | 23 | |
| | 24 | Estimated tax penalty (see instructions) | 24 | |

| | | | | |
|---|---|---|---|---|
| **Third Party Designee** | Do you want to allow another person (other than your paid preparer) to discuss this return with the IRS? See instructions. | ☐ **Yes.** Complete below. | | |
| (Other than paid preparer) | Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ | ☒ **No** |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| ▶ | | Self-Employed | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| | | | |
| Phone no. | | Email address | |

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: |
|---|---|---|---|---|
| | | | | ☐ 3rd Party Designee |
| Firm's name ▶ Self-Prepared | | | | ☐ Self-employed |
| Firm's address ▶ | | Phone no. | Firm's EIN ▶ | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.     **BAA**     REV 02/14/20 TTO     Form **1040** (2019)

# Form **1040**

Department of the Treasury—Internal Revenue Service (99)

## U.S. Individual Income Tax Return

**2018**  OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space.

**Filing status:** [X] Single  [ ] Married filing jointly  [ ] Married filing separately  [ ] Head of household  [ ] Qualifying widow(er)

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Genevieve N | Ballinger | ████ 6383 |

Your standard deduction: [ ] Someone can claim you as a dependent  [ ] You were born before January 2, 1954  [ ] You are blind

| If joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|
| | | |

Spouse standard deduction: [ ] Someone can claim your spouse as a dependent  [ ] Spouse was born before January 2, 1954  [X] Full-year health care coverage or exempt (see inst.)
[ ] Spouse is blind  [ ] Spouse itemizes on a separate return or you were dual-status alien

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Presidential Election Campaign (see inst.) [ ] You [ ] Spouse |
|---|---|---|
| 6003 18th Ave SW | | |

City, town or post office, state, and ZIP code. If you have a foreign address, attach Schedule 6.
Seattle WA 98106

If more than four dependents, see inst. and ✓ here ▶ [ ]

**Dependents** (see instructions):

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see inst.): |
|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return?
See instructions.
Keep a copy for
your records.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | Self-Employed | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

## Paid Preparer Use Only

| Preparer's name | Preparer's signature | PTIN | Check if: |
|---|---|---|---|
| | | | [ ] 3rd Party Designee |
| Firm's name ▶ Self-Prepared | | Phone no. | [ ] Self-employed |
| Firm's address ▶ | | | Firm's EIN |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  Form **1040** (2018)

---

Form 1040 (2018)  Page **2**

Attach Form(s) W-2. Also attach Form(s) W-2G and 1099-R if tax was withheld.

| | | | |
|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 1 | 22,993. |
| 2a | Tax-exempt interest . . . | 2a | | b Taxable interest . . . | 2b | 1. |
| 3a | Qualified dividends . . . | 3a | | b Ordinary dividends . . . | 3b | |
| 4a | IRAs, pensions, and annuities | 4a | | b Taxable amount . . . | 4b | 6,103. |
| 5a | Social security benefits . . | 5a | | b Taxable amount . . . | 5b | |
| 6 | Total income. Add lines 1 through 5. Add any amount from Schedule 1, line 22 -1,982. | 6 | 27,115. |

**Standard Deduction for—**
• Single or married filing separately, $12,000
• Married filing jointly or Qualifying widow(er), $24,000
• Head of household, $18,000
• If you checked any box under Standard deduction, see instructions.

| 7 | Adjusted gross income. If you have no adjustments to income, enter the amount from line 6; otherwise, subtract Schedule 1, line 36, from line 6 | 7 | 24,615. |
|---|---|---|---|
| 8 | Standard deduction or itemized deductions (from Schedule A) | 8 | 12,000. |
| 9 | Qualified business income deduction (see instructions) . . | 9 | 0. |
| 10 | Taxable income. Subtract lines 8 and 9 from line 7. If zero or less, enter -0- | 10 | 12,615. |
| 11 | a Tax (see inst.) 1,325. (check if any from: 1 [ ] Form(s) 8814  2 [ ] Form 4972  3 [ ] _____ ) | 11 | 1,325. |
| | b Add any amount from Schedule 2 and check here ▶ [ ] | | |
| 12 | a Child tax credit/credit for other dependents  b Add any amount from Schedule 3 and check here ▶ [ ] | 12 | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- . . . . | 13 | 1,325. |
| 14 | Other taxes. Attach Schedule 4 . . . . . . . . | 14 | 610. |
| 15 | Total tax. Add lines 13 and 14 . . . . . . . . | 15 | 1,935. |
| 16 | Federal income tax withheld from Forms W-2 and 1099 | 16 | 5,158. |
| 17 | Refundable credits: a EIC (see inst.) No  b Sch. 8812  c Form 8863 | | |
| | Add any amount from Schedule 5 . . . . . . . | 17 | |
| 18 | Add lines 16 and 17. These are your total payments . . . | 18 | 5,158. |

**Refund**

Direct deposit?
See instructions.

| 19 | If line 18 is more than line 15, subtract line 15 from line 18. This is the amount you overpaid | 19 | 3,223. |
|---|---|---|---|
| 20a | Amount of line 19 you want refunded to you. If Form 8888 is attached, check here ▶ [ ] | 20a | 3,223. |
| ▶ b | Routing number ████████  ▶ c Type: [X] Checking [ ] Savings | | |
| ▶ d | Account number ████████ | | |
| 21 | Amount of line 19 you want applied to your 2019 estimated tax ▶ | 21 | |

**Amount You Owe**

| 22 | Amount you owe. Subtract line 18 from line 15. For details on how to pay, see instructions ▶ | 22 | |
|---|---|---|---|
| 23 | Estimated tax penalty (see instructions) . . . . . ▶ | 23 | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.    BAA    REV 02/14/19 TTO    Form **1040** (2018)

9/27/22, 12:34 PM

Account Home

Official Servicer of Federal Student Aid. What this means to you ⌄

**MOHELA**®

🔍 SEARCH
My Account ⌄
Center ⌄

Payments ⌄   Documents ⌄   Repayment Options ⌄   PSLF ⌄   TEACH Grant ⌄

📍 New Messages (1)
🔔 Alerts
📞 Contact Us
⏻ Log Out

Help

# Account Home

## Hello Genevieve Ballinger

## Your Account Alerts (5)

- ⚠ **COVID-19 Information**

  Check **mohela.com/covid19** for information regarding student loan payments restarting, updates about student loan processing, and COVID-19.

  **New Message For Direct Loan Borrowers Serviced by MOHELA:**
  COVID-19 emergency relief for federal student loans has been extended through December 31, 2022. Visit **StudentAid.gov/coronavirus** for updates.

  During this time no interest is accruing. In addition, no payment will be due until after the payment pause ends, unless you opted out of the forbearance (payment pause).

- ⚠ **Income-Driven Repayment and Public Service Loan Forgiveness Program Account Adjustment**

  **Just Announced:** U.S. Department of Education (ED) revealed several changes and updates that will

bring borrowers closer to forgiveness under income-driven repayment (IDR) plans. ED will begin work on implementing these changes immediately, but borrowers will not see the effect in their accounts until fall of 2022. Learn more at **StudentAid.gov.**

## ⚠ PSLF Information

If you currently work or previously worked full-time for a government or not-for-profit, you may qualify for Public Service Loan forgiveness. Now, for a limited time through October 31st, 2022, borrowers may receive credit for past periods of repayment that would otherwise not qualify for PSLF. If you have any FFELP loans or Perkins, those loans must be consolidated into a Direct Consolidation Loan by October 31st, 2022, since only Direct Loans are eligible for PSLF. Before you consolidate or apply for PSLF, you can verify eligible employment by completing Step 1 of the **PSLF help tool at StudentAid.gov.**

**Learn more about this limited waiver opportunity.**

## ⚠ Student Loan Debt Relief

**Just announced:** New one-time student loan cancellation to be granted based on income for loans held by the Department of Education. You can view updates at **StudentAid.gov/debtrelief.** To determine if you received a Pell Grant log in to your StudentAid.gov account to view your account dashboard for a breakdown of your financial aid.

## ℹ Pending Income-Driven Repayment Plan Request

You can view the status and retrieve a copy of your electronically signed Income-Driven Repayment Plan request by going to **Documents Received.**

# Account: ▨▨▨▨4409

Signing up for automatic monthly payment withdrawals through our Auto Debit program provides the benefit of a .25% interest rate reduction.
**Learn more about this money saving opportunity** and how to apply.

9/27/22, 12:34 PM

Account Home

## Payment Information

## Pending Payments

## Public Service Loan Forgiveness (PSLF)

Loan Overview

## Account Summary

| | |
|---|---|
| Original Principal: | $203,510.00 |
| Active Interest Rate: | 0.000% |
| Interest Rate After 0%: | 7.900% |
| Loan Status: | Forbearance |
| Loan Status End Date: | 12/31/22 |
| Current Repayment Plan: | REPAYE |
| Monthly Payment Amount: | $49.00 |

**View Repayment Options**

## Balance Overview

| | |
|---|---|
| Current Principal: | $305,235.19 |
| Accrued Interest as of 09/26/22: | $14,037.24 |
| Payoff Amount as of 09/26/22: | $319,272.43 |

Please click "ESTIMATE EARLY PAYOFF"
to calculate an amount based upon today's date.

**Estimate Early Payoff**

## Account Options

**Federal Student Loan Management**

Postpone Payments

**Help & Support**

Contact Us

Info Center

**About Us**

New to MOHELA

About MOHELA

**Connect**

https://www.mohela.com/DL/secure/borrower/AccountSummary.aspx

9/27/22, 12:34 PM

Account Home

Loan Forgiveness & Discharge

Loan Consolidation

Military Benefits

FAQs

Schools

Sitemap

Careers

WebMaster

Mobile Apps

Google Play

App Store

## Contact Info

**Direct Loan (DL) / Federal Family Education Loan (FFEL) Servicing:**
888.866.4352 (Toll Free)
636.532.0600 (International)
TTY: Dial 711
**Fax:**
866.222.7060 (Toll Free)
636.787.2790 (International)

**Public Service Loan Forgiveness:**
855.265.4038 (Toll Free)

**Direct Loan (DL) / Federal Family Education Loan (FFEL) Servicing & Public Service Loan Forgiveness (PSLF) Information:**

**Hours of Operation:**
Monday - Friday: 7 AM – 10 PM CT
Saturday: 9 AM – 1 PM CT

**CASHLoan Servicing:**
888.866.4352 (Toll Free)
Monday - Thursday: 7 AM – 9 PM CT
Friday: 7 AM – 5 PM CT

Privacy Policy   Security   Accessibility   StudentAid.gov   Massachusetts State Ombudsman   NMLS Resource Center NMLS # 1442770

Copyright © 2022 Higher Education Loan Authority of the State of Missouri(MOHELA). All Rights Reserved.

https://www.mohela.com/DL/secure/borrower/AccountSummary.aspx

4/4

Official Servicer of Federal Student Aid.  What this means to you  ⌄



---

# Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

09/27/22                                             ACCT NUMBER: ████4409

GENEVIEVE N BALLINGER

## PAYOFF DETAIL

| | |
|---|---|
| **Requested Payoff Date** | 09/27/22 |
| **Total Principal Due** | $305,235.19 |
| **Total Interest Due** | $14,037.24 |
| **Total Payoff Amount** | $319,272.43 |

## LOAN(s) INCLUDED IN PAYOFF

| Disbursement Date | Loan Type | Current Principal Balance ($) | Current Interest Rate (%) | Outstanding Interest ($) | Late Fees Due ($) |
|---|---|---|---|---|---|
| 04/25/2011 | Direct Student Plus Loan | 1,205.18 | 0.000 | 57.57 | 0.00 |
| 08/13/2012 | Direct Student Plus Loan | 71,684.29 | 0.000 | 3,427.79 | 0.00 |
| 08/13/2012 | Direct Unsubsidized Stafford Loan | 28,510.12 | 0.000 | 1,173.08 | 0.00 |
| 08/16/2010 | Direct Subsidized Stafford Loan | 9,305.65 | 0.000 | 382.82 | 0.00 |
| 08/16/2010 | Direct Unsubsidized Stafford Loan | 18,793.95 | 0.000 | 773.30 | 0.00 |
| 08/16/2011 | Direct Student Plus Loan | 70,238.26 | 0.000 | 3,358.64 | 0.00 |

| Disbursement Date | Loan Type | Current Principal Balance ($) | Current Interest Rate (%) | Outstanding Interest ($) | Late Fees Due ($) |
|---|---|---|---|---|---|
| 08/16/2011 | Direct Subsidized Stafford Loan | 9,305.66 | 0.000 | 382.82 | 0.00 |
| 08/16/2011 | Direct Unsubsidized Stafford Loan | 17,740.91 | 0.000 | 729.94 | 0.00 |
| 08/26/2010 | Direct Student Plus Loan | 6,500.47 | 0.000 | 310.78 | 0.00 |
| 08/26/2010 | Direct Student Plus Loan | 71,950.70 | 0.000 | 3,440.50 | 0.00 |

If payment is not received by the payoff date, the total payoff amount may not payoff your loan(s) and you may have a remaining balance.

Once your payment clears the bank and your loan(s) is paid in full, we will send you a notice.

## Contact Info

**Direct Loan (DL) / Federal Family Education Loan (FFEL) Servicing:**
888.866.4352 (Toll Free)
636.532.0600 (International)
TTY: Dial 711
**Fax:**
866.222.7060 (Toll Free)
636.787.2790 (International)

**Public Service Loan Forgiveness:**
855.265.4038 (Toll Free)

**Direct Loan (DL) / Federal Family Education Loan (FFEL) Servicing & Public Service Loan Forgiveness (PSLF) Information:**

**Hours of Operation:**
Monday - Friday: 7 AM – 10 PM CT
Saturday: 9 AM – 1 PM CT

**CASHLoan Servicing:**
888.866.4352 (Toll Free)
Monday - Thursday: 7 AM – 9 PM CT
Friday: 7 AM – 5 PM CT



# Loan Report

This report includes all of the loans MOHELA currently services for which you are a borrower, cosigner or co-borrower. If you have loans from different lenders that are serviced by MOHELA, the loans are listed on separate pages by lender.

In addition to loan details, this report includes information about benefits provided by your lender for which you may qualify.

## Summary

Borrower Name: GENEVIEVE BALLINGER
Information is as of 09/27/2022
Number of student loan(s) serviced: 10
Total Principal Balance: $305,235.19

? ☑ Expand All

---



### Federal Direct Loan (Borrower)

Total Number of DL Loans: 10
Cumulative DL Balance: $305,235.19

| Loan # | Loan Type | Loan Status | Current Repayment Plan | Current Balance ($) | Original Amount ($) | Interest Rate (%) | Interest Type |
|---|---|---|---|---|---|---|---|
| 3 | Direct Student Plus Loan | Forbearance | REPAYE | $6,500.47 | $3,913.00 | 0.0000 | FIXED |
| 4 | Direct Student Plus Loan | Forbearance | REPAYE | $71,950.70 | $43,306.00 | 0.0000 | FIXED |
| 10 | Direct Student Plus Loan | Forbearance | REPAYE | $71,684.29 | $49,067.00 | 0.0000 | FIXED |
| 5 | Direct Student Plus Loan | Forbearance | REPAYE | $1,205.18 | $747.00 | 0.0000 | FIXED |
| 6 | Direct Subsidized Stafford Loan | Forbearance | REPAYE | $9,305.56 | $8,500.00 | 0.0000 | FIXED |
| 8 | Direct Student Plus Loan | Forbearance | REPAYE | $70,238.26 | $44,977.00 | 0.0000 | FIXED |
| 1 | Direct Subsidized Stafford Loan | Forbearance | REPAYE | $9,305.65 | $8,500.00 | 0.0000 | FIXED |
| 2 | Direct Unsubsidized Stafford Loan | Forbearance | REPAYE | $18,793.95 | $12,000.00 | 0.0000 | FIXED |
| 7 | Direct Unsubsidized Stafford Loan | Forbearance | REPAYE | $17,740.91 | $12,000.00 | 0.0000 | FIXED |
| 9 | Direct Unsubsidized Stafford Loan | Forbearance | REPAYE | $28,510.12 | $20,500.00 | 0.0000 | FIXED |

### Repayment Plan Change

| Document | Status | Received Date |
|---|---|---|
| IDR | Processing | 09/13/2022 |

### Loan Forgiveness

You do not have any pending forgiveness forms.

---

*Financial activity is subject to change (i.e. returned payments, financial adjustments, school enrollment updates and refunds of payments).*

Federal Direct Loans (DL) offer a variety of repayment options:

**Repayment Plans** - A variety of repayment plans are available to meet your needs, including plans based on your income and family size.

**Deferment & Forbearance** - Once in repayment, there may be times when you are unable to make your monthly payment. You may be eligible to postpone your payments.

**Loan Forgiveness & Discharge** - In certain situations, you may qualify to have your student loan forgiven or discharged, meaning that you will no longer be required to repay some or all of your loan.

Visit mohela.com for more information and eligibility requirements.

phone 888.866.4352 fax 866.222.7060 TDD Dial 711
633 Spirit Drive Chesterfield, MO 63005-1243

---

Copyright © 2022 MOHELA. All Rights Reserved.

# My Documents

## Completed Documents

Income-Driven Repaymen

Income-Driven Repayment Plan Request Requiring Spouse's Signature

Ø *No Records Found*

Completed Electronic Income-Driven Repayment Plan Requests

### Income-Driven Repayment Plan Application
*September 12, 2022, 04:00:59 PM*

Reference Number
38390783

View and Print IDR
Application (PDF)

View Servicer Summary ↗

### Income-Driven Repayment Plan Application
*April 17, 2019, 10:25:33 PM*

**Reference Number**
19240583

 View and Print IDR
Application (PDF)

View and Print Application (HTML) ↗

View Servicer Summary ↗

### Income-Driven Repayment Plan Application

*August 30, 2017, 12:21:12 PM*

**Reference Number**
15724821

 View and Print IDR
Application (PDF)

View and Print Application (HTML) ↗

View Servicer Summary ↗

### Income-Driven Repayment Plan Application

*August 8, 2016, 01:15:51 PM*

Reference Number
7759588

 View and Print IDR
Application (PDF)

View and Print Application (HTML) ↗

View Servicer Summary ↗

### Income-Driven Repayment Plan Application

*April 30, 2015, 08:07:52 AM*

Reference Number
4217801

 View and Print IDR
Application (PDF)

View and Print Application (HTML) ↗

View Servicer Summary ↗

### Income-Driven Repayment Plan Application

*June 18, 2014, 08:42:20 AM*

Expired Income-Driven Repayment Plan Request Requiring Spouse's Signature

∅ *No Records Found*

## My Correspondence

- Select -



**Select a document type from the dropdown above.**

- Direct Loan Disclosure Sta
- TEACH Grant Disclosure Statements
- PLUS Correspondence

Official Servicer of Federal Student Aid. What this means to you ⌄



💬 **New Messages (1)**
🔔 **Alerts**
📞 **Contact Us**
➡ **Log Out**

🔍 **SEARCH**

| My Account ▾ | Payments ▾ | Documents ▾ | Repayment Options ▾ |

| PSLF ▾ | TEACH Grant ▾ | Help Center ▾ |

# Public Service Loan Forgiveness (PSLF) Payment Tracker

Your PSLF eligible and qualified periods are expected to be updated through the PSLF Limited Waiver process beginning mid to late October based on your certified employment/employer. We appreciate your patience during the PSLF transition to MOHELA.

| **Payment Counts** | Eligible Payments | Ineligible Payments |

## Payment Counts

TEPSLF Overview                                                    ⌄

How are eligible and qualifying different?                         ⌄

When reviewing communications received or your PSLF progress online, please note that any Estimated Eligibility Dates provided currently do not account for remaining months of the COVID-19 suspension that would typically be projected as eligible to qualify. Please refer to your Qualifying Payment count to monitor progress towards PSLF.

### 1 DL Stafford Subsidized

$9,305.65 Remaining
Disbursed on 08/16/2010

**Qualifying Payments**

| PSLF | Forgiveness (120) | TEPSLF |
|------|-------------------|--------|
| **42** | | **42** |

78 of 120 to go       78 of 120 to go

Show Payment Summary

### 2 DL Stafford Unsubsidized

$18,793.95 Remaining
Disbursed on 08/16/2010

**Qualifying Payments**

| PSLF | Forgiveness (120) | TEPSLF |
|------|-------------------|--------|
| **42** | | **42** |

78 of 120 to go       78 of 120 to go

Show Payment Summary

### 3 DL Student PLUS

$6,500.47 Remaining
Disbursed on 08/26/2010

**Qualifying Payments**

| PSLF | Forgiveness (120) | TEPSLF |
|------|-------------------|--------|
| **42** | | **42** |

78 of 120 to go       78 of 120 to go

Show Payment Summary

### 4 DL Student PLUS

$71,950.70 Remaining
Disbursed on 08/26/2010

**Qualifying Payments**

| PSLF | Forgiveness (120) | TEPSLF |
|------|-------------------|--------|
| **42** | | **42** |

78 of 120 to go       78 of 120 to go

Show Payment Summary

### 5 DL Student PLUS

$1,205.18 Remaining
Disbursed on 04/25/2011

**Qualifying Payments**

### 6 DL Stafford Subsidized

$9,305.66 Remaining
Disbursed on 08/16/2011

**Qualifying Payments**

PSLF

Forgiveness (120)

TEPSLF

**42**

**42**

78 of 120 to go     78 of 120 to go

Show Payment Summary

PSLF

Forgiveness (120)

TEPSLF

**42**

**42**

78 of 120 to go     78 of 120 to go

Show Payment Summary

### 7 DL Stafford Unsubsidized

$17,740.91 Remaining
Disbursed on 08/16/2011

**Qualifying Payments**

PSLF

Forgiveness (120)

TEPSLF

**42**

**42**

78 of 120 to go     78 of 120 to go

Show Payment Summary

### 8 DL Student PLUS

$70,238.26 Remaining
Disbursed on 08/16/2011

**Qualifying Payments**

PSLF

Forgiveness (120)

TEPSLF

**42**

**42**

78 of 120 to go     78 of 120 to go

Show Payment Summary

### 9 DL Stafford Unsubsidized

$28,510.12 Remaining
Disbursed on 08/13/2012

**Qualifying Payments**

PSLF

Forgiveness (120)

TEPSLF

**42**

**42**

78 of 120 to go     78 of 120 to go

Show Payment Summary

### 10 DL Student PLUS

$71,684.29 Remaining
Disbursed on 08/13/2012

**Qualifying Payments**

PSLF

Forgiveness (120)

TEPSLF

**42**

**42**

78 of 120 to go     78 of 120 to go

Show Payment Summary

## Ready to Certify Employment?

Prepare your form using the **PSLF Help Tool** at StudentAid.gov.

**Upload Completed Form**

**Federal Student Loan Management**

Postpone Payments

Loan Forgiveness & Discharge

Loan Consolidation

Military Benefits

**Help & Support**

Contact Us

Info Center

FAQs

Schools

Sitemap

**About Us**

New to MOHELA

About MOHELA

Careers

WebMaster

**Connect**

  

**Mobile Apps**





## Contact Info

**Direct Loan (DL) / Federal Family Education Loan (FFEL) Servicing:**
888.866.4352 (Toll Free)
636.532.0600 (International)
TTY: Dial 711
**Fax:**
866.222.7060 (Toll Free)
636.787.2790 (International)

**Public Service Loan Forgiveness:**
855.265.4038 (Toll Free)

**Direct Loan (DL) / Federal Family Education Loan (FFEL) Servicing & Public Service Loan Forgiveness (PSLF) Information:**

**Hours of Operation:**
Monday - Friday: 7 AM – 10 PM CT
Saturday: 9 AM – 1 PM CT

**CASHLoan Servicing:**
888.866.4352 (Toll Free)
Monday - Thursday: 7 AM – 9 PM CT
Friday: 7 AM – 5 PM CT

**Privacy     Security     Accessibility     StudentAid.gov     Massachusetts State     NMLS Resource Center**

FORM 104 (10/06)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only)<br>2022 SEP 27 PM 2: 00 |
|---|---|

| PLAINTIFFS<br>Genevieve Nan Ballinger | DEFENDANTS  U.S. BANKRUPTCY COURT<br>MOHELA, |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |

**PARTY** (Check One Box Only)
- ☑ Debtor
- ☐ Creditor
- ☐ Trustee
- ☐ U.S. Trustee/Bankruptcy Admin
- ☐ Other

**PARTY** (Check One Box Only)
- ☐ Debtor
- ☑ Creditor
- ☐ Trustee
- ☐ U.S. Trustee/Bankruptcy Admin
- ☐ Other

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

COMPLAINT TO DETERMINE
Dischargeability of Student Loans Due to Undue Hardship - Pursuant to 11 U.S.C. § 523(a)(8)

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- ☐ 11-Recovery of money/property - §542 turnover of property
- ☐ 12-Recovery of money/property - §547 preference
- ☐ 13-Recovery of money/property - §548 fraudulent transfer
- ☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- ☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- ☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
- ☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- ☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- ☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

    **(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
- ☐ 61-Dischargeability - §523(a)(5), domestic support
- ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
- ☑ 63-Dischargeability - §523(a)(8), student loan
- ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
- ☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- ☐ 71-Injunctive relief – reinstatement of stay
- ☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
- ☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
- ☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
- ☐ 01-Determination of removed claim or cause

**Other**
- ☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
- ☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $  319,272.43 |

**Other Relief Sought**

That this Court determine the payment of the Debtor's student loans would impose an undue hardship, and therefore determine that the Debtor's student loans (balance $319,272.43) are discharged in her bankruptcy proceeding.

FORM 104 (10/06), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES |||
|---|---|---|
| NAME OF DEBTOR<br>Genevieve Nan Ballinger || BANKRUPTCY CASE NO.<br>22-10608-hcm |
| DISTRICT IN WHICH CASE IS PENDING<br>Western District of Texas | DIVISIONAL OFFICE<br>Austin | NAME OF JUDGE<br>H. Christopher Mott |
| RELATED ADVERSARY PROCEEDING (IF ANY) |||
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) |||
| DATE<br>9/27/2022 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Genevieve Nan Ballinger ||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, if it is required by the court. In some courts, the cover sheet is not required when the adversary proceeding is filed electronically through the court's Case Management/Electronic Case Files (CM/ECF) system. (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and the defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and in the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.